(June 6, 1997)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DENNIS KELLY, on Behalf of ALMAN DAVIDSON, Petitioner, v NEW YORK CITY DEPT. OF CORRECTION, Respondent. [659 NYS2d 763] —Writ of habeas corpus in the nature of an application to reinstate bail in the sum of $1,000 upon Queens County Indictment No. 10973/96.

Adjudged that the writ is sustained, without costs or disbursements, to the extent of reinstating bail on Queens County Indictment No. 10973/96 in the sum of $2,500, which may be posted in the form of an insurance company bail bond in that sum or by depositing the same sum as a cash bail alternative. Bracken, J. P., Copertino, Altman and Florio, JJ., concur.